UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

CUONG VU SON                                CASE NO. 25-cv-1189 SEC P

-vs-                                        JUDGE DRELL

WARDEN                                      MAGISTRATE JUDGE PEREZ-MONTES

---

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF Nos. 1, 9) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana this 26th day of February 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT